NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney
TIMOTHY R. BOLIN, SBN 259511
Special Assistant United States Attorney
 Social Security Administration
 Office of the General Counsel
 160 Spear St Ste 800
 San Francisco, CA 94105
 Telephone: (415) 977-8982
 Facsimile: (415) 744-0134
 Email: timothy.bolin@ssa.gov
Attorneys for Defendant

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

| | |
|---|---|
| ISHTARAI BRADLEY PARKER,<br><br>  Plaintiff,<br><br>    v.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>  Defendant. | No. 5:19-cv-01166-MAA<br><br>[PROPOSED] JUDGMENT OF REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) |

1      Having approved the parties' joint stipulation to voluntary remand

2  pursuant to sentence four of 42 U.S.C. § 405(g) and to entry of judgment, THE

3  COURT ADJUDGES AND DECREES that judgment is entered for Plaintiff.

4

5

  Date:  January 16, 2020

6                             HON. MARIA A. AUDERO

7                             United States Magistrate Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28